IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESUS MANUEL LOPEZ GARCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NELNET SERVICING, LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CIVIL ACTION NO: <br> 1:25-cv-03643-TWT-CMS |

## NOTICE OF SETTLEMENT

Plaintiff Jesus Manuel Lopez Garcia hereby notifies the Court that he has reached an agreement to settle his claims against Defendant Nelnet Servicing, LLC. Each party will bear its/his own fees and costs. The Parties anticipate all aspects of settlement will be finalized within sixty (60) days of the filing of this Notice. At such time, the Parties will file a Stipulation of Dismissal with Prejudice.

Respectfully submitted this 9th day of September, 2025,

By: /s/ Andrew L. Weiner
    Andrew L. Weiner
    GA Bar No. 808278
    Jeffrey B. Sand

GA Bar No. 1812568
WEINER & SAND LLC
6065 Roswell Road
Suite 700-121
Sandy Springs, GA  30328
(404) 205-5029 (Tel.)
(404) 254-0842 (Tel.)
(866) 800-1482 (Fax)
js@wsjustice.com
aw@wsjustice.com

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2025, the foregoing document is being served this day on all counsel of record via the CM/ECF system, which will send notification of such filing via electronic mail.

/s/ Andrew Weiner
Counsel for Plaintiff

3