UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JESUS MANUEL LOPEZ-GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>NELNET SERVICING, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>1:25-CV-03643-TWT-CMS |

## ORDER

The parties in the above civil action having announced to the Court that they have reached a settlement, the Clerk is DIRECTED to ADMINISTRATIVELY CLOSE the case. The parties shall execute the settlement documents and file the dismissal consistent with their Notice of Settlement [Doc. 9]. All deadlines in this action are STAYED pending the filing of dismissal documents.

SO ORDERED, this 8th day of September, 2025.

THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE